Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
**Chavez-Ochoa Law Offices, Inc.**
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
Facsimile: (209) 772-3090

Philip A. Sechler (VA Bar No. 99761)**
psechler@ADFlegal.org
Mathew W. Hoffmann (VA Bar No. 100102)**
mhoffmann@ADFlegal.org
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (480) 444-0028

Mercer Martin (AZ Bar No. 038138)**
mmartin@ADFlegal.org
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs*

* *Local Counsel*
**Pro hac vice application filed simultaneously*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rumble, Inc.**, and **Rumble Canada Inc.**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **Robert A. Bonta**, *et al.*, <br><br> *Defendants.* | Civil No. 2:24-cv-03315-DC-CKD <br><br> **Notice of Related Cases** <br><br> Judge Carolyn K. Delaney |

1. Pursuant to Local Rule 123, Plaintiffs notify the Court of the following related cases pending in this District: the already-consolidated case *Kohls v. Bonta*, no. 2:24-cv-02527-JAM-CKD, filed September 17, 2024, and *X Corp. v. Bonta*, no. 2:24-cv-03162-WBS-CSK, filed November 14, 2024.

2. *Kohls* and *X* share many similarities with this case. All three cases involve the same defendants: Rob Bonta and Shirley N. Weber. The cases involve similar claims against the same California law: First and Fourteenth Amendment claims against AB 2655. Cal. Elec. Code § 20516. And *X* and this case bring a preemption claim against AB 2655.

3. This Court already recognized that *The Babylon Bee, LLC v. Bonta*, no. 2:24-cv-02787-WBS-SCR (E.D. Cal.), a case also raising First and Fourteenth Amendment challenges to AB 2655 and the related AB 2839, and *Kohls* "are related within the meaning of Local Rule 123." *The Babylon Bee*, no. 2:24-cv-02787-JAM-CKD, Doc. 44. It therefore assigned the cases to Judge John A Mendez to effect "a substantial savings of judicial effort" and promote the convenience of the parties. *Id.* This Court subsequently consolidated the two cases under the name *Kohls*. *Id.* Doc. 48.

4. Judge Mendez granted a preliminary injunction in *Kohls* against AB 2839. *Kohls*, no. 2:24-cv-02527-JAM-CKD, Docs. 14, 22. Judge Mendez ruled that AB 2839 likely imposed a content-based speech regulation that violated the plaintiff's First Amendment rights.

5. On November 16, 2024, Judge Mendez entered a summary judgment briefing schedule in *Kohls*. *Id.* Doc. 26. The plaintiffs' briefs are due on January 15, 2025. *Id.* at 5. Should the Court consolidate this case with *Kohls*, Plaintiffs will seek to join that briefing schedule.

6. This case and *Kohls* thus have a significant overlap in questions of fact, law, and requests for relief. Judge Mendez is already familiar with the legal issues. And Plaintiffs will comply with the *Kohls* summary judgment briefing schedule. Therefore, assigning this action to Judge Mendez will likely save substantial judicial and party resources.

Notice of Related Cases 1

DATED:    November 27, 2024

<u>s/ Brian R. Chavez-Ochoa</u>
Brian R. Chavez-Ochoa
*Counsel for Plaintiffs*

## PROOF OF SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case. I also certify that I will email the file-stamped copy of the foregoing document to all attorneys of record in *Kohls v. Bonta*, no. 2:24-cv-02527-JAM-CKD, and *X Corp. v. Bonta*, no. 2:24-cv-03162-WBS-CSK.

DATED this 27th day of November, 2024.

*s/ Brian Chavez-Ochoa*
Brian R. Chavez-Ochoa
*Counsel for Plaintiffs*
