

United States District Court
Eastern District of California

| Rumble Inc., et al., | Case Number: 2:24-cv-03315-JAM-CKD |
|---|---|
| Plaintiff(s) | |
| V. | |
| Bonta, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mathew W. Hoffmann hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: The Babylon Bee, LLC; Kelly Chang Rickert; Rumble, Inc.; and Rumble Canada, Inc.

On 01/07/2019 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Moms for Liberty - Yolo County et al. v. Yolo County et al.; 2:23-cv-02802-WBS-CKD;
Applied: 12/05/2023; Granted: 12/15/2023

Date: 11/27/2024            Signature of Applicant: /s/ Mathew W. Hoffmann

**Pro Hac Vice Attorney**

Applicant's Name: Mathew W. Hoffmann
Law Firm Name: Alliance Defending Freedom
Address: 44180 Riverside Pkwy

City: Lansdowne   State: VA   Zip: 20176
Phone Number w/Area Code: (571) 707-4655
City and State of Residence: Purcellville, VA
Primary E-mail Address: mhoffmann@ADFlegal.org
Secondary E-mail Address: n/a

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian R. Chavez-Ochoa
Law Firm Name: Chavez-Ochoa Law Offices, Inc.
Address: 4 Jean Street
Suite 4

City: Valley Springs   State: CA   Zip: 95252
Phone Number w/Area Code: (209) 772-3013   Bar #: 190289

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 9, 2024

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT