Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013

Philip A. Sechler (VA Bar No. 99761)**
psechler@ADFlegal.org
Mathew W. Hoffmann (VA Bar No. 100102)**
mhoffmann@ADFlegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Mercer Martin (AZ Bar No. 038138)**
mmartin@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs Rumble Inc.
and Rumble Canada*

\* Local Counsel
\*\*Admitted pro hac vice

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls, <br><br> *Plaintiff*, <br> v. <br><br> Rob Bonta, et al., <br><br> *Defendants*. | Case No. 2:24-cv-02527-JAM-CKD <br><br> **Stipulation to Consolidate** <br><br> **Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al. <br><br> *Plaintiffs*, <br> v. <br><br> Rob Bonta, et al., <br><br> *Defendants*. | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al. <br><br> *Plaintiffs*, <br> v. <br><br> Rob Bonta, et al. <br><br> *Defendants*. | Case No. 2:24-cv-03315-JAM-CKD |

**STIPULATION**

1. This Court recognized that the above-entitled actions are related within the meaning of Local Rule 123. Related Case Order, ECF No. 10. It previously ordered the *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, and *The Babylon Bee, LLC v. Bonta*, No. 2:24-cv-02787-JAM-CKD, matters consolidated. Order Consolidating Cases, *Kohls v. Bonta*, No. 2:24-cv-02527 (E.D. Cal. Oct. 25, 2024), ECF No. 20.

1

Stipulation and Order to Consolidate

2. Plaintiffs in all three of the above-entitled actions challenge the same California statute: AB 2655 (Cal. Elec. Code § 20510). Plaintiffs Christopher Kohls, The Babylon Bee, LLC, and Kelly Chang Rickert also challenge AB 2839 (Cal. Elec. Code § 20012).

3. Plaintiffs in all three of the above-entitled actions bring the same or similar constitutional claims against the same Defendants: California Attorney General Rob Bonta and Secretary of State Shirley N. Weber. Plaintiffs in *Rumble* also bring Section 230 claims against AB 2655 and against the same Defendants.

4. All parties in the above-entitled matters consent to consolidation of these actions.

NOW THEREFORE, the parties hereby STIPULATE that:

5. The above-entitled actions shall be consolidated for all purposes.

DATED: December 19, 2024

| | |
|---|---|
| *s/ Mathew W. Hoffmann* | *s/ Kristin A. Liska* |
| Mathew W. Hoffmann | (authorized 12.19.24) |
| VA Bar No. 100102 | |
| Philip A. Sechler | Rob Bonta |
| VA Bar No. 99761 | Attorney General of California |
| Alliance Defending Freedom | Anya M. Binsacca |
| 44180 Riverside Parkway | Supervising Deputy Attorney General |
| Lansdowne, VA 20176 | Kristin A. Liska |
| Telephone: (571) 707-4655 | Deputy Attorney General |
| Facsimile: (571) 707-4656 | State Bar No. 315994 |
| mhoffmann@ADFlegal.org | 455 Golden Gate Avenue, Suite 11000 |
| psechler@ADFlegal.org | San Francisco, CA  94102-7004 |
| | Telephone: (415) 510-3916 |
| Mercer Martin | Facsimile: (415) 703-5480 |
| AZ Bar No. 038138 | E-mail:  Kristin.Liska@doj.ca.gov |
| Alliance Defending Freedom | |
| 15100 N. 90th Street | *Counsel for Defendants Robert A. Bonta* |
| Scottsdale, AZ 85260 | *and Shirley N. Weber* |
| Telephone: (480) 444-0020 | |
| Facsimile: (480) 444-0028 | *s/ Adam E. Schulman* |
| mmartin@ADFlegal.org | (authorized 12.19.24) |
| | Adam E. Schulman |
| Brian R. Chavez-Ochoa | DC Bar No. 1001606 |
| CA Bar No. 190289 | adam.schulman@hlli.org |
| Chavez-Ochoa Law Offices, Inc. | Telephone: (610) 457-0856 |
| 4 Jean Street, Suite 4 | Theodore H. Frank |
| Valley Springs, CA 95252 | DC Bar No. 450318 |
| Telephone: (209) 772-3013 | ted.frank@hlli.org |
| brianr@chavezochoalaw.com | Telephone: (703) 203-3848 |
| | Hamilton Lincoln Law Institute |
| *Counsel for Plaintiffs Rumble Inc.* | 1629 K Street NW, Suite 300 |
| *and Rumble Canada Inc.* | Washington, DC 20006 |
| | |
| *s/ Johannes Widmalm-Delphonse* | *Counsel for Plaintiff Christopher Kohls* |
| (authorized 12.19.24) | |
| Johannes Widmalm-Delphonse | |
| VA Bar No. 96040 | |
| Alliance Defending Freedom | |
| 44180 Riverside Parkway | |
| Lansdowne, VA 20176 | |
| Telephone: (571) 707-4655 | |

3

jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs
AZ Bar No. 030505
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
jscruggs@ADFlegal.org

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
brianr@chavezochoalaw.com

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>                    *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**[PROPOSED] ORDER to Consolidate**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.<br><br>                    *Defendants*. | Case No. 2:24-cv-03315-JAM-CKD |

Before the Court is Plaintiffs Christopher Kohls, The Babylon Bee, LLC, Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to consolidate *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, with *Rumble, Inc. v. Bonta*, No. 2:24-cv-03315-JAM-CKD. Good cause appearing, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as *Kohls v. Bonta,* Case No. 2:24-cv-02527-JAM-CKD and *Rumble, Inc. v. Bonta*, Case No. 2:24-cv-03315-JAM-CKD are hereby **CONSOLIDATED** for all purposes;

2. Case No. 2:24-cv-02527-JAM-CKD is designated as the "master file;"

3. The Clerk of the Court is **DIRECTED** to add all complaints and answers filed in Case No. 2:24-cv-03315-JAM-CKD to the master file;

4. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. 2:24-cv-03315-JAM-CKD; and

5. The parties are **DIRECTED** to file all future pleadings, motions, and other filings ONLY in Case No. 2:24-cv-02527-JAM-CKD.

It is so ORDERED.

DATED: _____, 2024        _____
                               The Honorable John A. Mendez
                               Senior United States District Judge

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 19th day of December, 2024.

*s/ Mathew W. Hoffmann*
Mathew W. Hoffmann
*Counsel for Plaintiffs Rumble Inc.*
*and Rumble Canada Inc.*
