Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for The Babylon Bee, LLC
and Kelly Chang Rickert*

* Local Counsel
**Admitted pro hac vice

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>                *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                *Defendants*. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**Stipulation to Consolidate**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                *Defendants*. | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.<br><br>                *Defendants*. | Case No. 2:24-cv-03315-JAM-CKD |

**STIPULATION**

1. This Court recognized that the above-entitled actions are related within the meaning of Local Rule 123. Related Case Order, ECF No. 28. It previously ordered the *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, and *The Babylon Bee, LLC v. Bonta*, No. 2:24-cv-02787-JAM-CKD, matters consolidated. Order Consolidating Cases, ECF No. 20.

1

1    2.     Plaintiffs in all three of the above-entitled actions challenge the same
2 California statute: AB 2655 (Cal. Elec. Code § 20510). Plaintiffs Christopher Kohls,
3 The Babylon Bee, LLC, and Kelly Chang Rickert also challenge AB 2839 (Cal. Elec.
4 Code § 20012).
5    3.     Plaintiffs in all three of the above-entitled actions bring the same or
6 similar constitutional claims against the same Defendants: California Attorney
7 General Rob Bonta and Secretary of State Shirley N. Weber. Plaintiffs in *Rumble*
8 also bring Section 230 claims against AB 2655 and against the same Defendants.
9    4.     All parties in the above-entitled matters consent to consolidation of
10 these actions.
11        NOW THEREFORE, the parties hereby STIPULATE that:
12    5.     The above-entitled actions shall be consolidated for all purposes.

DATED:     December 19, 2024

| | |
|---|---|
| s/ *Johannes Widmalm-Delphonse* <br> Johannes Widmalm-Delphonse <br> VA Bar No. 96040 <br> Alliance Defending Freedom <br> 44180 Riverside Parkway <br> Lansdowne, VA 20176 <br> Telephone: (571) 707-4655 <br> jwidmalmdelphonse@adflegal.org <br><br> Jonathan A. Scruggs <br> AZ Bar No. 030505 <br> Alliance Defending Freedom <br> 15100 N. 90th Street <br> Scottsdale, AZ 85260 <br> Telephone: (480) 444-0020 <br> Facsimile: (480) 444-0028 <br> jscruggs@ADFlegal.org <br><br> Brian R. Chavez-Ochoa <br> CA Bar No. 190289 <br> Chavez-Ochoa Law Offices, Inc. <br> 4 Jean Street, Suite 4 <br> Valley Springs, CA 95252 <br> Telephone: (209) 772-3013 <br> brianr@chavezochoalaw.com <br><br> *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* <br><br> s/ *Mathew W. Hoffmann* <br> (authorized 12.19.24) <br> Mathew W. Hoffmann <br> VA Bar No. 100102 <br> Philip A. Sechler <br> VA Bar No. 99761 <br> Alliance Defending Freedom <br> 44180 Riverside Parkway <br> Lansdowne, VA 20176 <br> Telephone: (571) 707-4655 <br> Facsimile: (571) 707-4656 | s/ *Kristin A. Liska* <br> (authorized 12.19.24) <br><br> Rob Bonta <br> Attorney General of California <br> Anya M. Binsacca <br> Supervising Deputy Attorney General <br> Kristin A. Liska <br> Deputy Attorney General <br> State Bar No. 315994 <br> 455 Golden Gate Avenue, Suite 11000 <br> San Francisco, CA  94102-7004 <br> Telephone: (415) 510-3916 <br> Facsimile: (415) 703-5480 <br> E-mail:  Kristin.Liska@doj.ca.gov <br><br> *Counsel for Defendants Robert A. Bonta and Shirley N. Weber* <br><br> s/ *Adam E. Schulman* <br> (authorized 12.19.24) <br> Adam E. Schulman <br> DC Bar No. 1001606 <br> adam.schulman@hlli.org <br> Telephone: (610) 457-0856 <br> Theodore H. Frank <br> DC Bar No. 450318 <br> ted.frank@hlli.org <br> Telephone: (703) 203-3848 <br> Hamilton Lincoln Law Institute <br> 1629 K Street NW, Suite 300 <br> Washington, DC 20006 <br><br> *Counsel for Plaintiff Christopher Kohls* |

3

Stipulation and Order to Consolidate

mhoffmann@ADFlegal.org
psechler@ADFlegal.org

Mercer Martin
AZ Bar No. 038138
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
mmartin@ADFlegal.org

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
brianr@chavezochoalaw.com

*Counsel for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christoper Kohls,<br><br>                    *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER to Consolidate**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.<br><br>                    *Defendants*. | Case No. 2:24-cv-03315-JAM-CKD |

1     Before the Court is Plaintiffs Christopher Kohls, The Babylon Bee, LLC,
2 Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., and Defendants Rob Bonta
3 and Shirley N. Weber's joint stipulation to consolidate *Kohls v. Bonta*, No. 2:24-cv-
4 02527-JAM-CKD, with *Rumble, Inc. v. Bonta*, No. 2:24-cv-03315-JAM-CKD. Good
5 cause appearing, the Court makes the following orders:

6     1.     Pursuant to Fed. R. Civ. P. 42, the actions denominated as *Kohls v.
7 Bonta,* Case No. 2:24-cv-02527-JAM-CKD and *Rumble, Inc. v. Bonta*, Case No. 2:24-
8 cv-03315-JAM-CKD are hereby **CONSOLIDATED** for all purposes;

9     2.     Case No. 2:24-cv-02527-JAM-CKD is designated as the "master file;"

10    3.     The Clerk of the Court is **DIRECTED** to add all complaints and
11 answers filed in Case No. 2:24-cv-03315-JAM-CKD to the master file;

12    4.     The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY**
13 **CLOSE** Case No. 2:24-cv-03315-JAM-CKD; and

14    5.     The parties are **DIRECTED** to file all future pleadings, motions, and
15 other filings ONLY in Case No. 2:24-cv-02527-JAM-CKD.
16 It is so ORDERED.

Dated: December 19, 2024        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 19th day of December, 2024.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*
